UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W/ CONDRASHOFF, et al., | No. 2:24-cv-00108-DAD-DB |
| Plaintiff, | |
| v. | ORDER DISMISSING CERTAIN CLAIMS AND REMANDING ACTION TO THE SAN JOAQUIN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES |
| GENERAL MOTORS LLC, | |
| Defendant. | |
| | (Doc. No. 16) |

On June 11, 2024, the parties filed a stipulation in which they agreed: (1) to cap plaintiffs' total potential recovery at $75,000.00; (2) to dismiss plaintiff's fraud claim and claim brought under the Unfair Competition Law, Business & Professions Code §§ 17200 *et seq*. ("UCL"), with prejudice, such that the only remaining claims in this action are plaintiff's claims brought under the Song-Beverly Consumer Warranty Act; and (3) to remand this action to the San Joaquin County Superior Court, where this action was originally filed. (Doc. No. 16.)

Accordingly:

1. Pursuant to the parties' stipulation (Doc. No. 16), plaintiff's fraud and UCL claims are dismissed with prejudice;

/////

/////

1

2. This action, which proceeds only on plaintiff's claims brought under the Song-Beverly Consumer Warranty Act, is remanded to the San Joaquin County Superior Court; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 12, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE